UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No:08-00321-05-CR-W-ODS |
| vs. | Date: 2/28/2011 |
| STACIE M. EMMERICH | |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Bruce Rhoades, AUSA | Bill Raymond, FPD |
| Time Commenced: 11:05 a.m. | Time Terminated: 12:07 p.m. |

X    There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed with the Court: **The Court sustained in part and overruled in part the Defendant's objections to the PSI report.**

| | |
|---|---|
| Total Offense Level: 23 | Criminal History Category: V |
| Imprisonment Range: 84 to 105 months | Supervised Release Range: 4 to 5 years on Count 1; to 3 years on Count 5 |
| Special Assessment: $100.00 | Restitution: Not Applicable |
| Fine Range: $ 10,000 to $ 3,000,000 | |

The Defendant is sentenced to Counts 1, and 5.
X    Motion is filed by the U.S. Government for Downward Departure.
X    The Court grants said motion (doc #225).

X    Defense counsel statement. Government statement. Defendant statement.

INCARCERATION:
X    The Court hereby orders the defendant to serve the following term of incarceration with the FBP: **30 months on Counts 1 and 5, terms to run concurrent w/each other and 08-00013-04-CR-W-ODS.**

X    Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
X    The Court hereby orders the defendant to the following term of Supervised Release: **5 years on Count 1, 3 years on Count 5, terms to run concurrent w/each other and 08-00103-04-CR-W-ODS.**

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION: See J&C

FINE: Waived

RESTITUTION: Not Applicable

SPECIAL ASSESSMENT:
    The Court imposes the following Special Assessment: $200.00

RECOMMENDATIONS:
X    The Court makes the following recommendations to the FBP: Upon application, the defendant be allowed to participate in the 500 Hour Residential Substance Abuse Program.

X       Denial of federal benefits as provided in 21 U.S.C. 862, is not ordered in this case.

X       Upon motion of the Government, Count 2 is dismissed.

X       The Court advises the Defendant she has 14 days to appeal.

Court Reporter: Cynthia Johnson                    Joella Baldwin, Courtroom Deputy